# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
October 13, 2017

In re:

Raymond H. Bovich

Nancy H. Bovich

Debtor*

Case Number: 17–31457 amn
Chapter: 13

### ORDER DISMISSING CHAPTER 13 CASE FOR FAILURE TO CURE DEFICIENCY

    A Deficiency Notice/Notice of Dismissal of case was issued in the above–referenced case on September 25, 2017, for failure of the Debtor(s) to file all missing documents pursuant to 11 U.S.C. § 1321, Federal Rule of Bankruptcy Procedure 1007, Federal Rule of Bankruptcy Procedure 3015, and Local Bankruptcy Rule 1007–1 and 1007–2 as amended or revised, and/or failure to pay the filing fee pursuant to Federal Rule of Bankruptcy Procedure 1006(a), (the "Deficiency Notice", ECF No. 5).

    The Debtor has failed to timely cure any and/or all deficiencies set forth in the Deficiency Notice; it is hereby

    **ORDERED:** The Debtor's Chapter 13 case is **DISMISSED WITHOUT PREJUDICE** .

    **ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (60) sixty days from the date of this Order .

Dated: October 13, 2017                                                                                         BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut

    Upon dismissal, unpaid filing fees become due immediately. The amount due and owing is $210.00.

    Please remit a cashier's check or money order in the amount of $210.00, payable to: **U.S. Bankruptcy Court** at the address in the lower left corner. Payment may also be made online at Pay.gov (https://pay.gov/public/form/start/73185821). Note that the court will not accept as payment the personal check or credit card of the person filing the petition. Payment by debit card may be made at any of the divisional offices.

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 113 – ts

*For the purposes of this order, "Debtor" means "Debtors" where applicable.